360-364 Third Owner LLC, Petitioner-Landlord-Appellant, 
against
William Murray, Respondent-Tenant-Respondent, -and- Steven Covacci, "John Doe" and/or "Jane Doe", Respondents.



Landlord appeals from an order of the Civil Court of the City of New York, New York County (Michelle D. Schreiber, J.), entered February 2, 2017, which granted tenant's motion for summary judgment dismissing the petition, and denied landlord's cross motion for summary judgment in a holdover summary proceeding.




Per Curiam.
Order (Michelle D. Schreiber, J.), entered on February 2, 2017, affirmed, with $10 costs.
The evidentiary proof submitted by tenant established, prima facie, that the legal rent for the subject apartment did not reach the $2,000 deregulation threshold in effect during the relevant period (see Rent Stabilization Code [9 NYCRR] § 2520.11[r][4]), thus establishing his burden as the proponent of a motion for summary judgment dismissing the petition premised upon the expiration of tenant's unregulated lease. 
In opposition, landlord failed to raise any triable issue that the apartment was properly deregulated pursuant to the high rent deregulation provisions, given the glaring gaps and undisputed mischaracterizations in the rent registration records filed with DHCR, and the absence of any evidence corroborating landlord's version of a rental history of the apartment that is not reflected in any registration statement.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concurI concur
Decision Date: November 30, 2017